# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSE DESRAVINES and GISLENE LAURORE,

    Plaintiffs,

v.

THOMAS KIRKLAND, EMERSON R. THOMPSON, JR., TED COLEMAN, CHARLES N. PRATER, JOHN MARSHALL KEST, ORANGE COUNTY COURT, CITIMORTGAGE, INC., CASSANDRA M. RIGAUD, LAW OFFICES OF DAVID J. STER P.A., PROVEST LLC, PENNYMAC LOAN SERVICES, LLC, ROBERT S. KAHANE, CLIVE M. RYAN, REENA PATEL SANDERS, ESQ., KAHANE & ASSOCIATES P.A., PACIFIC STATES CAPITAL, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

    Defendants.

Case No: 6:14-cv-1826-Orl-28GJK

## ORDER

This case is before the Court on the Applications to Proceed in District Court Without Prepaying Fees or Costs (Docs. 2 & 3) filed by Plaintiff Jose Desravines and Plaintiff Gislene Laurore, respectively. The assigned United States Magistrate Judge has submitted a Report (Doc. 6) recommending that the motions be denied, that the Complaint (Doc. 1) be dismissed, and that the case be closed. Plaintiffs have filed an Objection (Doc. 7) to the Report.

After an independent *de novo* review of the record in this matter and consideration of the Objection filed by Plaintiff, the Objection is overruled. The Court agrees with the findings and conclusions in the Report. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Applications to Proceed in District Court Without Prepaying Fees or Costs (Docs. 2 & 3) filed by Plaintiffs Jose Desravines and Gislene Laurore are **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED**. Leave to amend is not granted.

4. The Clerk is directed to close this case.

5. **The Clerk is directed to immediately send a copy of this Order to Plaintiffs by both regular and certified mail.**

DONE and ORDERED in Orlando, Florida, on December 24, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties by Regular and Certified Mail